LODGED

2007 MAR 15 PM 3:44
CENTRAL DIST OF CA
LOS ANGELES

SCANNED

1    MORGAN, LEWIS & BOCKIUS LLP
     JOSEPH J. COSTELLO *(admitted pro hac vice)*
2    jcostello@morganlewis.com
     BRIAN T. ORTELERE *(admitted pro hac vice)*
3    bortelere@morganlewis.com
     JAMIE M. KOHEN, CA State Bar No. 217726
4    jkohen@morganlewis.com
     1701 Market Street
5    Philadelphia, PA  19103
     Tel: 215.963.5295/5150/5472
6    Fax: 215.963.5001

7    MORGAN, LEWIS & BOCKIUS LLP
     JULIE E. LIEBENBERG, State Bar No. 238185
8    jliebenberg@morganlewis.com
     300 South Grand Avenue
9    Twenty-Second Floor
     Los Angeles, CA  90071-3132
10   Tel: 213.612.2500
     Fax: 213.612.2501

11

12   Attorneys for Defendants

13                UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

CLERK US DISTRICT COURT
FILED
APR 17 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| 15   MARK RENFRO and GERALD<br>16   LUSTIG, individually and on behalf of<br>     all those similarly situated,<br><br>17<br>                Plaintiffs,<br>18<br>             vs.<br>19<br>     UNISYS CORPORATION, UNISYS<br>20   CORPORATION EMPLOYEE<br>     BENEFITS ADMINISTRATIVE<br>21   COMMITTEE, UNISYS<br>     CORPORATION SAVINGS PLAN<br>22   MANAGER, PENSION<br>     INVESTMENT REVIEW<br>23   COMMITTEE, FIDELITY<br>     MANAGEMENT TRUST<br>24   COMPANY, and FIDELITY<br>     RESEARCH AND MANAGEMENT<br>25   COMPANY,<br><br>26             Defendants.<br>27<br>28 | Case No. CV 06-8268  (FMC (FFMx)<br><br>Hon. Florence-Marie Cooper<br><br>**[PROPOSED] ORDER ON<br>DEFENDANTS' MOTION TO<br>TRANSFER VENUE**<br><br>Date: April 9, 2007<br>Time: 10:00 a.m.<br>Courtroom: 750<br><br>Complaint filed: December 28, 2006<br>Trial Date: None set<br><br>[28 U.S.C. § 1404(a)]<br><br>ENTERED<br>CLERK, U.S DISTRICT COURT<br>APR 19 2007<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY               DEPUTY |

1-LA/929741 1

1    After reviewing and considering Defendants' Motion to Transfer Venue, any

2  opposition thereto, and the pleadings and records on file herein, and any argument

3  of counsel.

4    **IT IS HEREBY ORDERED** that Defendants' Motion to Transfer be

5  granted.

6    **IT IS FURTHER ORDERED** that the matter be transferred to the United

7  States District Court for the Eastern District of Pennsylvania.

8    **IT IS SO ORDERED.**

9

10

11  Dated: _April 17_, 2007

12    **Honorable Florence-Marie Cooper**

13

14

15

16  Respectfully submitted by:

17

18  Julie E. Liebenberg
    MORGAN, LEWIS & BOCKIUS LLP
    Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28